# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.W., a minor by Amyra Nicholson, Guardian Ad Litem, et al., | CASE NO. 1:11-cv-02041-AWI-SKO |
| Plaintiffs, | RELATED CASE NO.: 1:08-cv-01168-AWI-SKO |
| v. | **ORDER SETTING SCHEDULING CONFERENCE** |
| LYNN MARTINEZ, et al., | |
| Defendants. | |

On May 3, 2012, the parties in Case Number 1:08-cv-01168-AWI-SKO (*Nicholson, et al. v. Dossey, Badge # 897, et al.*) and Case Number 1:11-cv-02041-AWI-SKO (*C.W. et al. v. Martinez, et al.*) filed a joint status report indicating that the parties desire that a scheduling conference be set so that all the dates in both cases may be scheduled. (*See* Docs. 90 and 15, respectively.) The parties propose that the two cases be consolidated for trial and pretrial discovery.

As such, the status conference currently set for May 10, 2012, is VACATED and a scheduling conference is SET for May 24, 2012, at 9:30 a.m. in Courtroom 7. In preparation for the scheduling conference, the parties shall file a joint scheduling report that proposes dates and deadlines for each case and file this joint report on or before Thursday, May 17, 2012. The joint

scheduling report should provide consideration of the issues and topics as described in the Court's December 12, 2011, order issued in Case Number 1:11-cv-02041-AWI-SKO, at Docket Number 5, and it should be filed in both cases identified above.

IT IS SO ORDERED.

**Dated:**   **May 7, 2012**                              /s/ Sheila K. Oberto
                                                  UNITED STATES MAGISTRATE JUDGE